## THOMAS LESLIE *vs.* THE COMMONWEALTH.

If, on a complaint under the St. of 1869, *c.* 415, § 51, for the forfeiture of intoxicating liquors, the person complained against does not appear as a claimant, but consents on the record that the liquors may be destroyed without publication of notice, a writ of error brought by him to reverse the judgment will be dismissed on motion.

WRIT OF ERROR to reverse the judgment of a trial justice in Middlesex, forfeiting intoxicating liquors on a complaint under the St. of 1869, *c.* 415, § 51.

The record showed that the plaintiff in error was the person complained against as having the liquors in his possession; and that he in writing waived the publication of notice, and consented that the liquors should be destroyed. The assignment of errors is now immaterial. The attorney general moved that the writ be

dismissed, because the plaintiff in error was not a party to the cause ; and *Ames*, J., adjourned the case into the full court for its determination.

*F. F. Heard*, for the plaintiff in error.

*J. C. Davis*, Assistant Attorney General, (*C. Allen*, Attorney General, with him,) for the Commonwealth.

BY THE COURT. The record shows that Leslie appeared in the cause, and, instead of impleading the Commonwealth and claiming the liquors, entered his consent of record that the liquors should be destroyed without publication of notice.

*Writ dismissed.*